

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00168-CR

**ERIC MOSQUEDA,**

**Appellant**

v.

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2013-1757-C2**

# ORDER

Appellant's retained counsel, Christian T. Souza, moves to allow counsel's withdrawal of representation of appellant and for the substitution of Dianne Jones McVay as new retained counsel for appellant. Retained counsel Souza has complied with Rule 6.5 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5(b), (d).

Accordingly, retained counsel's "Unopposed Motion for Withdrawal and Substitution of Retained Counsel" is granted. Christian T. Souza is withdrawn as

retained counsel for appellant, and Dianne Jones McVay is substituted in as new retained counsel for appellant.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed April 14, 2016

